### ATLANTA GAS-LIGHT COMPANY *v.* FARRELL *et al.*

BELL, Justice. The Court of Appeals correctly held that the appliance in question became a part of the realty upon its installation as an adjunct of the furnace, and that as against the owner or a purchaser of the realty the tenant had no authority to contract with a conditional vendor for the removal of such appliance upon failure to pay the purchase money. *Farrell* v. *Atlanta Gas-Light Co.,* 61 *Ga. App.* 18 (5 S. E. 2d, 607). The decision of the Court of Appeals appears to be correct as applied to the facts shown, and to afford no cause of complaint to the petitioner in certiorari. *Judgment affirmed. All the Justices concur.*

No. 13191. JUNE 11, 1940.

*Alston, Foster, Moise & Sibley* and *Henry J. Miller,* for plaintiff in error.

*McElreath, Scott, Duckworth & DuVall,* contra.